UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAROL A. RIEHLE,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | No. CV-10-0075-CI<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. 405(g) |

BEFORE THE COURT is the parties' stipulated Motion to Remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (ECF No. 27.) Attorney Maureen Rosette represents Plaintiff Carol A. Riehle; Special Assistant United States Attorney Daphne Banay represents Defendant. The parties have consented to proceed before a magistrate judge. (ECF No. 7.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1. The parties' stipulated Motion to Remand **(ECF No. 27)** is **GRANTED.** The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will issue a partially

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

favorable decision finding that Plaintiff became disabled the day before her 55th birthday.  As further agreed by the parties, the Appeals Council will adopt the administrative law judge's finding that Plaintiff was capable of performing a reduced range of light work and will find that Plaintiff has no transferable work skills. Medical Vocational Rules 202.04 and 202.06 shall be used as a framework for finding Plaintiff "disabled."

   2.   Judgment shall be entered for the **PLAINTIFF**.

   3.   Plaintiff's Motion for Summary Judgment (**ECF No. 15**) is stricken as moot.

   4.   An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED: June 10, 2011.


                    s/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE


ORDER GRANTING STIPULATED MOTION TO REMAND - 2