UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAROL A. RIEHLE,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____ | )<br>)<br>)<br>)<br>) NO. CV-10-075-CI<br>)<br>) **JUDGMENT IN A**<br>) **CIVIL CASE**<br>)<br>)<br>)<br>) |

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REVERSED and REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is entered for Plaintiff.

DATED: June 10, 2011

                                                JAMES R. LARSEN<br>                                              District Court Executive/Clerk

                                              s/ L. Stejskal<br>                                              Deputy Clerk